IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| SAN LEON MUNICIPAL UTILITIES DISTRICT | § § § | |
| VS. | § § | CIVIL ACTION NO. G-10-367 |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY | § § | |

## OPINION AND ORDER

It is well-settled and beyond peradventure that Plaintiffs are not entitled to a jury trial under either the Seventh Amendment, Lehman v. Nakshian, 453 U.S. 156, 160 (1981), or the National Flood Insurance Act, Sandia Oil Co., Inc. v. Beckton, Director FEMA, 889 F.2d 258, 262 (10th Cir. 1989), in a claims handling dispute against a WYO carrier with the National Flood Insurance Program acting in its capacity as a fiscal agent of the United States and the equivalent of FEMA itself, Van Holt v. Liberty Mutual Ins. Co., 163 F.3d 161, 166 (3$^d$ Cir. 1998).

It is, therefore, **ORDERED** that the Plaintiff's jury demand is **VACATED**.

**DONE** at Galveston, Texas, this ____11th____ day of April, 2011.

John R. Froeschner
United States Magistrate Judge